### 16168.  DACULA BANKING CO. *v.* HALL.

BLOODWORTH, J.  1. When all the facts of the case and the entire charge is considered, nothing in either of the two special grounds of the motion for a new trial attacking the charge requires a reversal of the judgment.

2. Under the petition in this case when supported by proper proof, the plaintiff would be authorized to recover "the sum of $100 principal, with interest at 4-½% semiannually from the month of November, 1918." The verdict was for $100 principal and $40.75 interest from September 2, 1924. The interest found is excessive by $14.50. If the plaintiff will write off this amount from the interest stated in the verdict, the judgment will be affirmed; otherwise a new trial is ordered.

*Judgment affirmed on condition. Broyles, C. J., and Luke, J., concur.*

DECIDED MAY 14, 1925.

Complaint; from Gwinnett superior court—Judge Russell. December 10, 1924.

*I. L. Oakes,* for plaintiff in error.

*O. A. Nix,* contra.